AO 310  (Rev. 03/16)

Judicial Council of the __FIFTEENTH__ Circuit

# COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

To begin the complaint process, complete this form and prepare the brief statement of facts described in item 4 (below).  The RULES FOR JUDICIAL-CONDUCT AND JUDICIAL-DISABILITY PROCEEDINGS, adopted by the Judicial Conference of the United States, contain information on what to include in a complaint (Rule 6), where to file a complaint (Rule 7), and other important matters.  The Rules are available in federal court clerks' offices, on individual federal courts' websites, and on www.uscourts.gov.

Your complaint (this form and the statement of facts) should be typewritten and must be legible.  For the number of copies to file, consult the local rules or clerk's office of the court in which your complaint is required to be filed.  Enclose each copy of the complaint in an envelope marked "COMPLAINT OF MISCONDUCT" or "COMPLAINT OF DISABILITY" and submit it to the appropriate clerk of court.  **Do not put the name of any judge on the envelope.**

1. Name of Complainant: /n/NIKIE KING GG146758

   Contact Address: PO BOX 896
   WEST PALM BEACH FL 33402

   Daytime telephone: ( 561 ) 581-4137

2. Name(s) of Judge(s): EDWARD GARRISON, MAXINE WILLIAMS, REGINALD CORLEW

   Court: MARNI BRYSON, G.JOSEPH CURLEY, EDWARD ARTAU

3. Does this complaint concern the behavior of the judge(s) in a particular lawsuit or lawsuits?

   [X] Yes    [ ] No

   If "yes," give the following information about each lawsuit:

   Court: PALM BEACH COUNTY COURTHOUSE MB&SB

   Case Number: 

   Docket number of any appeal to the _____ Circuit: FIFTEENTH

   Are (were) you a party or lawyer in the lawsuit?

   [X] Party    [ ] Lawyer    [ ] Neither

   If you are (were) a party and have (had) a lawyer, give the lawyer's name, address, and telephone number:

   STEVEN CRIPSS P.A.
   200 BUTLER STREET #205
   WEST PALM BEACH FLORIDA
   (561) 683-4075

   *VANESSA COE
   LEGAL AIDE SOCIETY
   423 Fern St #200,
   West Palm Beach, FL 33401
   561-655-8944

   NIKIE M. KING(PROSE)
   KD. KIDS AWARENESS
   PO BOX 896
   WEST PALM BEACH FL 33402
   561-581.4137

AO 310  (Rev. 03/16)

Judicial Council of the ____FIFTEENTH____ Circuit

# COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

**4.** **Brief Statement of Facts.**  Attach a brief statement of the specific facts on which the claim of judicial misconduct or disability is based.  Include what happened, when and where it happened, and any information that would help an investigator check the facts.  If the complaint alleges judicial disability, also include any additional facts that form the basis of that allegation.

**5.** **Declaration and signature:**

I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

Signature:  /n/NIKIE KING                                              Date: